```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06158
   ANNA VAZQUEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-1989
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/05/07 and confirmed on 07/20/07.

2. The case was converted to Chapter 7 after confirmation, 08/20/2007.

3. The Debtor paid a total of $ 1369.70 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MACY'S CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |

```
SEARS                         UNSECURED      NOT FILED              .00            .00
SHELL                         UNSECURED      NOT FILED              .00            .00
RETAILERS NATL BANK           UNSECURED      NOT FILED              .00            .00
UNITED CONSUMER FINANCIA      UNSECURED      NOT FILED              .00            .00
FNANB VISA                    UNSECURED      NOT FILED              .00            .00
WORLD FINANCIAL BANK          UNSECURED      NOT FILED              .00            .00
LIMITED TOO                   UNSECURED      NOT FILED              .00            .00
WORLD FINANCIAL NATIONAL      UNSECURED      NOT FILED              .00            .00
WFNNB                         UNSECURED      NOT FILED              .00            .00
WFNNB                         UNSECURED      NOT FILED              .00            .00
```

Summary of disbursements:

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|-------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00    | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID    | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID     | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID        | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $    266.00   direct and $    960.32   through the plan.

The Trustee received $     25.63 .

Refunds to the Debtor totaled $    383.75 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/20/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                                PAGE   2
           CASE NO. 07 B 06158 ANNA VAZQUEZ